Eugene BROWN, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 39745.

Missouri Court of Appeals,
Western District.

May 3, 1988.

Lew Kollias, Columbia, for appellant.

William L. Webster, Atty. Gen., Jared Richard Cone, Asst. Atty. Gen., Jefferson City, for respondent.

Before SHANGLER, P.J., and LOWENSTEIN and GAITAN, JJ.

ORDER

PER CURIAM:

Appeal from denial, after evidentiary hearing, of Rule 27.26 motion for post-conviction relief.

Judgment affirmed. Rule 84.16(b).